in aid of their appellate jurisdiction. See State ex rel. Hirsch vs. Judge, 39 La. Ann. 95, 1 South. 281.

Our appellate jurisdiction is not invoked in this case and we therefore conclude we have no authority to grant the relief prayed for, consequently the alternate writ of mandamus heretofore issued is recalled and relator's petition dismissed at his cost.

---

### No. 8708-9244 Consolidated
### Orleans Appeal.

---

### SHUSHAN BROS. & CO. v. DRENNAN & HILLCOAT, ET AL., Appellants.

---

(November 17, 1924, Opinion and Decree.)
(December 15, 1924, Rehearing Refused.)
(January 13, 1925, Writ of Certiorari and Review to Supreme Court.)
(See 158 La. 480, 104 South. 214.)

---

Appeal from Civil District Court, Division "A", Hon. Hugh C. Cage, Judge.

Judgment for plaintiff. Defendant appealed.

Judgment affirmed.

Meyer S. Driefus, Chas. J. Rivet, attorneys for plaintiff and appellant.

T. S. Walmsley, Monroe & Lemann, attorneys for defendant and appellee.

---

### No. 9244.
### Orleans Appeal

### JULIUS S. COHN & CO., Assignee, SIMMONS, COHN & CO., Appellant, v. DRENNAN & HILLCOAT, ET AL.

(November 17, 1924, Opinion and Decree.)
(January 13, 1925, Decree Supreme Court Writ of Certiorari and Review Granted.)
(See 158 La. 480, 104 South. 214.)

---

(*Syllabus by the Editor.*)

1. **Louisiana Digest—Partnership—Par. 419.**

An agreement to share profits creates a presumption of partnership.
(Civil Code, Art. 2801. Editor's note.

2. **Louisiana Digest—Partnership—Par. 59, 61, 65.**

A participation as principal in the management of a joint adventure under an agreement to share profits creates the relation of partnership and imposes liability as such.

Appeal from Civil District Court, Division "B". Hon. Mark M. Boatner, Judge.

These are suits for collection of open accounts.

Judgment for plaintiff. Defendants appealed.

Judgment amended.

Meyer S. Driefus, Chas. J. Rivet, attorneys for plaintiff and appellee.

T. S. Walmsley, Monroe & Lemann, attorneys for defendant and appellant.

---

WESTERFIELD, J. Ralph W. Drennan and Robert W. Hillcoat were sued by Julius S. Cohn & Company, and Shushan Bros. & Company, local merchants, in separate actions on open accounts, in each of which the plaintiffs allege that the defendants are liable for the accounts sued on as commercial partners. The defense in each case is, in effect, a general denial on Hillcoat's part. No appearance being made on Drennan's behalf. One suit, that of Shushan Brothers & Company, was allotted to Division "A" of the Civil District Court and resulted in a judgment in that division recognizing the partnership relation between the defendants and holding them liable *in solido*. The other suit was allotted to Division "B" of the Civil District Court and in that division it was held that Drennan alone was responsible on the ground that the merchandise for the payment of which the plaintiff sued was bought by Drennan alone as his contribution to the joint venture, the character of which the court found it was unnecessary to determine. Both cases were appealed and in this court consolidated.